# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Darrin Allen Halton, Jr | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 4:18-cr-00182-BSM-1<br>USM No. 25735-009<br>Sonia Fonticiella<br>Defendant's Attorney |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 8 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1-8  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | Violation of federal, state, or local law | 03/28/2020 |
| 2 - Special | Non-compliance with residential drug treatment | 10/10/2019 |
| 3 - Mandatory (2) | Unlawful posession or use of a controlled substance | 02/08/2019 |

Continued on p. 2

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3717

Defendant's Year of Birth:  1990

City and State of Defendant's Residence:

06/19/2020
Date of Imposition of Judgment

_Signature of Judge_

Brian S. Miller, United States District Judge
Name and Title of Judge

7-8-20
Date

AO 245D (Rev. 09/19) Case 4:18-cr-00182-BSM   Document 24   Filed 07/08/20   Page 2 of 4
Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 4

DEFENDANT: Darrin Allen Halton, Jr
CASE NUMBER: 4:18-cr-00182-BSM-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| 4 - Standard (7) | Possession or use of a controlled substance | 02/08/2019 |
| 5 - Standard (11) | Failure to notify Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer | 06/25/2018 |
| 6 - Standrd (9) | Association with persons engaged in criminal activity or convicted of a felony | 06/11/2018 |
| 7 - Standard (2) | Failure to submit monthly supervison reports to the Probation Officer | 09/05/2019 |
| 8 - Standard (15) | Failure to participate in substance abuse or dependencay treatment as directed by the Probation Officer | 06/12/2019 |

AO 245D (Rev. 09/19) Case 4:18-cr-00182-BSM Document 24 Filed 07/08/20 Page 3 of 4
Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 4

DEFENDANT: Darrin Allen Halton, Jr
CASE NUMBER: 4:18-cr-00182-BSM-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
18 months on Count 1 and Count 2, to be served concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
    ☑ at    02:00      ☐ a.m.    ☑ p.m.    on    08/03/2020 .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on         .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on           to          

at           with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                  By                                 
                                            DEPUTY UNITED STATES MARSHAL

DEFENDANT: Darrin Allen Halton, Jr
CASE NUMBER: 4:18-cr-00182-BSM-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No supervised release.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.